JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CASTILLO<br><br>*Plaintiff*,<br><br>vs.<br><br>KUSHAN, LLC, an Illinois limited liability company; MRXI Corporation, an Illinois corporation; MAYUR SHAH, an individual; PRITI SHAH, an individual; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No.: 5:19-cv-02060-DSF-KK<br><br>**ORDER ON VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) [26]**<br><br>Hon. Dale S. Fischer<br>United States District Judge<br>Courtroom 7(D) |

Having been stipulated and agreed upon by and between the parties and their respective counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-referenced lawsuit against Defendants KUSHAN, LLC, MRXI CORPORATION, MAYUR SHAH, and PRITI SHAH (collectively, "Defendants") is voluntarily dismissed in its entirety WITH PREJUDICE.

**IT IS SO ORDERED**.

July 30, 2020
Date

*Dale S. Fischer* (signature)
The Honorable Dale S. Fischer
United States District Judge